IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILLIAM SARRATT,<br><br>    Movant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 11-03163 CW<br>    CR 08-00283 CW<br><br>ORDER DENYING THIRD MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 |

On June 24, 2011, Movant James William Sarratt filed a motion under 28 U.S.C. section 2255 to vacate, set aside or correct his sentence. Because this is a successive motion, the Court denies it without ordering a response from the United States.

On July 15, 2009, Movant filed his first motion to set aside and vacate his sentence. On September 21, 2009, Respondent filed its answer. On July 21, 2010, the Court issued an order denying Movant's section 2255 motion. On October 28, 2010, Movant filed a second motion under section 2255. On February 22, 2011, the Court denied this motion on the ground that it was a successive motion and, under 28 U.S.C. section 2255(h) and 28 U.S.C. section 2244(b)(3)(A), before a successive motion may be filed in the district court, a prisoner must move in the appropriate court of appeals for an order authorizing the district court to consider it.

The instant motion is Movant's third motion under section 2255. Movant has not filed an order from the Ninth Circuit authorizing this Court to consider this motion. Therefore, for the same reasons the Court denied Movant's second motion, this third motion is denied.

Before filing any future section 2255 motions in this Court, Movant must first apply to the Ninth Circuit Court of Appeals for an order authorizing the filing.

Accordingly, this successive section 2255 motion is denied.

IT IS SO ORDERED.

Dated: 9/29/2011

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

JAMES WILLIAM SARRATT et al,

        Defendant.

Case Number: CR08-00283 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

JAMES WILLIAM SARRATT
12327-111
FCI Herlong
P.O. Box 800
Herlong, CA 96113
PRO SE

Dated: September 29, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk